**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Kong Xiong Her

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kong Xiong Her,<br>A# 073-311-904<br><br><br>Petitioner,<br><br>vs.<br><br>Warden,<br><br><br>Respondents. | Case No. 1:26-cv-02236-TLN-JDP<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE, DISSOLUTION OF INTERIM RELIEF, AND ORDER** |

Petitioner Kong Xiong Her, by and through counsel Jan David Karowsky, and Respondents, by and through their undersigned counsel, hereby stipulate as follows:

1. Petitioner filed this action seeking habeas relief under 28 U.S.C. § 2241 in connection with his present immigration detention.

2. Petitioner has now informed counsel that he no longer wishes to pursue this habeas action and instead wishes to withdraw the petition so that his departure/removal may proceed without further delay.

- 1 -

3.  The Declaration of Jan Karowsky in Support of Kong Her's stipulation to withdraw the petition for a writ of habeas corpus is attached hereto as an exhibit and incorporated herein by reference.

4.  Accordingly, the parties stipulate that this action may be dismissed without prejudice.

5.  The parties further stipulate that any interim relief previously entered in this action, including any no-transfer order or similar restriction entered to preserve the Court's jurisdiction during the pendency of this habeas matter, may be dissolved.

6.  The parties further stipulate that any pending motions, deadlines, or hearing dates in this matter shall be vacated or denied as moot.

7.  Each party shall bear its own fees and costs.

WHEREFORE, the parties respectfully request that the Court enter the proposed order below dismissing this action without prejudice, dissolving interim relief, and directing the Clerk to close the case.

**IT IS SO STIPULATED.**

Dated: April 21, 2026

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

By: /s/ Jan Karowsky
**JAN DAVID KAROWSKY**
Attorney for Kong Xiong Her

Dated: April 21, 2026

**ERIC GRANT**
United States Attorney

/s/ Anthony Andrews
by
ANTHONY ANDREWS
Assistant United States Attorney

**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND DISSOLUTION OF INTERIM RELIEF**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice.

2. Any interim relief previously entered in this action, including any no-transfer order or similar order entered to preserve the Court's jurisdiction, is dissolved.

3. Any pending motions, deadlines, or hearing dates are vacated or denied as moot.

4. Each party shall bear its own fees and costs.

5. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____
Troy L. Nunley
Chief United States District Judge

- 3 -